SAMUEL ZISES, Respondent, v. JACOB SCHWARTZ, Appellant, Impleaded with

Others, Defendants.— Order denying motion to set aside a deficiency judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.